**STATE of Missouri, Respondent,**

v.

**Felix L. PINO, Appellant.**

**No. WD 39005.**

Missouri Court of Appeals,
Western District.

Aug. 18, 1987.

Thomas M. Schneider of Jones, Schneider & Bartlett, Columbia, for appellant.

Respondent waived brief.

Before MANFORD, P.J., and NUGENT and LOWENSTEIN, JJ.

**ORDER**

PER CURIAM:

Appellant appeals from an order of the trial court revoking appellant's probation and imposing a fine of $100.00 plus costs.

Judgment affirmed. Rule 30.25(b).